UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID CARSON ) | |
| ) | |
| v. ) | NO. 3:12-0850 |
| ) | JUDGE NIXON |
| STATE OF TENNESSEE BUREAU OF TENNCARE ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/17/2014.

                                      KEITH THROCKMORTON, CLERK
                                      s/Elaine J. Hawkins, Deputy Clerk